IN THE UNITED DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL HILL,                )
                             )
          Plaintiff,         )
                             )
vs.                          )    Case No. CV-94-G-490-S
                             )
DR. COOKSEY; NURSE CASH;     )
DR. LYRENE; QUESTCARE, INC., )
                             )
          Defendants.        )

MEMORANDUM OF OPINION

Pursuant to a reference from the court, the magistrate judge conducted a hearing on the plaintiff's claim under the Eighth Amendment that he has been denied adequate treatment for an injury to his hand. On June 30, 1998, the magistrate judge filed his report and recommendation, proposing certain findings of fact and conclusions of law for the court, and ultimately recommending that judgment be entered in favor of the defendants. Although the report and recommendation advised the parties of their right to file objections, none have been filed.

Having carefully reviewed and considered de novo all the materials in the court file, the court is of the opinion that the magistrate judge's report is due to be and the same is hereby

81

ADOPTED, and the recommendations are ACCEPTED. Consequently, the court will enter a final judgment in favor of the defendants.

DATED this 11th day of August, 1998.

J. FOY GUIN, JR.
SENIOR U.S. DISTRICT JUDGE